**15-25-00034-CV**

TRIAL COURT CASE NO. <u>D-1-GN-19-004849</u>

<table>
<tr><td>§</td><td>IN THE DISTRICT COURT</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>TRAVIS COUNTY, TEXAS</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>JUDICIAL DISTRICT</td></tr>
</table>

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/24/2025 10:47:56 AM
CHRISTOPHER A. PRINE
Clerk

## DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: <u>FEBRUARY 27, 2025</u>

Type of Order (Interlocutory or Final) <u>FINAL</u>

Date Motion for New Trial Filed: _____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: <u>MARCH 21, 2025</u>

Name of judge who entered judgment: <u>MAYA GUERRA GAMBLE</u>

Name of court reporter: <u>ALICIA DUBOIS</u>

    Address of court reporter: <u>1700 GUADALUPE, 11TH FLOOR, AUSTIN, TX 78701</u>

Name of attorney on appeal: <u>BRIAN VANDERZANDEN</u> SB#: <u>24081557</u>

    Attorney Address: <u>PO BOX 12548 MC .56-1, AUSTIN ,TX 78711-2548</u>

    Attorney E-Mail Address: <u>Brian.Vanderzanden@oag.texas.gov</u>

    Attorney on appeal (check applicable box):

      ☐ appointed      ☑ retained      ☐ Pro Se

Name of Appellee's Attorney: <u>JAMES TUCKER</u> SB# <u>20272020</u>

    Attorney Address: <u>6414 DEL NORTE LANE, DALLAS,T X 75225-2617</u>

    Attorney E-Mail Address: <u>rusty@rustytuckerlaw.com</u>

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: [3rdClerksAndReporters@txcourts.gov](mailto:3rdClerksAndReporters@txcourts.gov))

Court Reporter: _____ E-Mail      _____ Hand Delivery      _____ Mail

On_____      By:_____ (clerk's initials)

3/21/2025 4:28 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-19-004849
Selina Hamilton

CAUSE NO. D-1-GN-19-004849

| | | |
|---|---|---|
| IN RE: STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | TRAVIS COUNTY, TEXAS |
| XEROX CORPORATION, et al. | § | |
| SETTLEMENT PROCEEDS | § | |
| | § | 459th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

The State of Texas files this notice of appeal. The State desires to appeal from the *Amended Final Judgment* signed on February 19, 2025 in *In re: State of Texas v. Xerox Corporation, et al. Settlement Proceeds*, Cause No. D-1-GN-19-004849, in the 459th Judicial District Court of Travis County, Texas. The *Amended Final Judgment* disposed of all issues and parties. Appeal is being taken to the Fifteenth Court of Appeals under Section 51.012 of the Texas Civil Practice and Remedies Code, and under Section 22.220(d) of the Texas Government Code. This appeal involves a matter brought by or against the State. Tex. R. App. P. 25.1(d)(9)(A).

This notice of appeal is being electronically filed under Rule 21(f) of the Texas Rules of Civil Procedure and Rule 9.2(c) of the Texas Rules of Appellate Procedure.

Respectfully submitted.

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

AMY SNOW HILTON
Chief, Healthcare Program Enforcement Division

*/s/ Brian VanderZanden*
**BRIAN VANDERZANDEN**
Assistant Attorney General
Texas State Bar No. 24081557
Phone: (512) 936-9929
Brian.Vanderzanden@oag.texas.gov


**DAVID DREW WRIGHT**
Assistant Attorney General
Texas State Bar No. 00789965
Phone: (512) 936-1486
Drew.Wright@oag.texas.gov


Office of the Attorney General of Texas
P.O. Box 12548 MC 056-1
Austin, Texas 78711-2548

ATTORNEYS FOR THE STATE OF TEXAS

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served electronically to all counsel of record on March 21, 2025:

Charles S. Siegel (csiegel@waterskraus.com)
Caitlyn Silhan (csilhan@waterskraus.com)
Waters Kraus Paul & Siegel
3141 Hood Street, Suite 700
Dallas, Texas 75219

James Moriarty (jim@moriarty.com)
Law Offices of James R. Moriarty
4119 Montrose Blvd., Suite 250
Houston, Texas 77006

James "Rusty" Tucker (rusty@rustytuckerlaw.com)
Law Offices of James R. Tucker, P.C.
5522 Ellsworth Ave.
Dallas, Texas 75205

*/s/ Brian VanderZanden*
BRIAN VANDERZANDEN
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lynette Karch-Schroder on behalf of Brian VanderZanden
Bar No. 24081557
Lynette.karch-schroder@oag.texas.gov
Envelope ID: 98758129
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF APPEAL
Status as of 3/24/2025 10:40 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Charles Siegel | 18341875 | siegel@waterskraus.com | 3/21/2025 4:28:10 PM | SENT |
| Caitlyn Silhan | 24072879 | csilhan@waterskraus.com | 3/21/2025 4:28:10 PM | SENT |
| James Tucker | 20272020 | rusty@rustytuckerlaw.com | 3/21/2025 4:28:10 PM | SENT |

Associated Case Party: STATE OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Brian VanderZanden | 24081557 | Brian.Vanderzanden@oag.texas.gov | 3/21/2025 4:28:10 PM | SENT |
| Drew Wright | | Drew.Wright@oag.texas.gov | 3/21/2025 4:28:10 PM | SENT |

Associated Case Party: CHRISTINE ELLIS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| James Moriarty | 14459000 | jim@moriarty.com | 3/21/2025 4:28:10 PM | SENT |